GROSJEAN, Collector of Revenue, v. CRESCENT CIGAR & TOBACCO CO.*

No. 17142.

Court of Appeal of Louisiana. Orleans.

Feb. 6, 1939.

For former opinion, see 185 So. 716.

Deynoodt & de la Vergne and Bennett Meyers, all of New Orleans, for appellant.

Gaston L. Porterie, Atty. Gen., and Justin C. Daspit and Maurice B. Gatlin, Sp. Assts. Atty. Gen., for appellee.

PER CURIAM.

Rehearing refused. See Per Curiam rendered this day in the case of Alice Lee Grosjean, Collector of Revenue of the State of Louisiana v. Valloft & Dreux, Inc., La.App., 186 So. 364.

Rehearing refused.